## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 45 WAL 2015
: 
             Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. : 
: 
: 
: 
JAMES MOORE, : 
: 
          Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.